**Order entered November 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00588-CV

## IN RE BRADLEY SCOTT KIDWELL DBA MCKINNEY VINTAGE MARKET DBA KIDWELL AND COMPANY, AND ALL OTHER OCCUPANTS

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00207-2019**

## ORDER

Before the Court is appellee's October 30, 2019 suggestion of bankruptcy showing real party in interest Haddington Fund, LP filed a proceeding under Chapter 11 of the United States Bankruptcy Code on October 25, 2019 in the United States Bankruptcy Court, Eastern District of Texas, under case no. 4:19-bk-42853.

The bankruptcy filing automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2. Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with rule 8.3 and specifying what further action, if any, is required from the Court. *See* TEX. R. APP. P. 8.3.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE